Cite as 2024 Ark. App. 448

# ARKANSAS COURT OF APPEALS
## DIVISION I
### No. CR-23-288

| | | |
|---|---|---|
| CHRISTON HOUSTON | | **Opinion Delivered** September 25, 2024 |
| | APPELLANT | APPEAL FROM THE SALINE COUNTY CIRCUIT COURT [NO. 63CR-21-802] |
| V. | | |
| | | HONORABLE KEN CASADY, JUDGE |
| STATE OF ARKANSAS | | |
| | APPELLEE | REVERSED |

## RITA W. GRUBER, Judge

This case is back before us, having previously been remanded to settle and supplement the record.[1] On January 7, 2022, Christon Jace Houston was sentenced to an aggregate of sixty months' probation, having pled guilty to third-degree domestic battering and failure to appear. Houston now appeals the November 10, 2022 Saline County Circuit Court sentencing order revoking his probation and sentencing him to an aggregate of sixty months in the Arkansas Division of Correction. On appeal, Houston requests that this court reverse the revocation, arguing that the circuit court did not enter or approve the conditions of his probation. We reverse.

---

[1]This is a companion case to another criminal-revocation case, *Houston v. State*, 2024 Ark. App. 447, ___ S.W.3d ___. On January 24, 2024, we handed down *Houston v. State*, 2024 Ark. App. 22, and *Houston v. State*, 2024 Ark. App. 21, in which we remanded to settle and supplement the record, ordered rebriefing, and denied without prejudice counsel's motion to withdraw.

Save for the specific crimes committed, the sentences imposed in the underlying conviction, and the sentences imposed on revocation—as set forth above—the factual and procedural history of this case is identical to that set forth in the companion case, *Houston v. State*, 2024 Ark. App. 447, ___ S.W.3d ___, which we also hand down today. The issues raised, arguments made, standard of review, and discussion are also the same. Thus, we find it unnecessary to restate them herein. ***See Raino v. State***, 2021 Ark. App. 337. Accordingly, having set forth our reasoning in the companion case, we reverse the revocation herein.

Reversed.

HARRISON, C.J., and THYER, J., agree.

*Jones Law Firm*, by: *F. Parker Jones III*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Kent G. Holt*, Ass't Att'y Gen., for appellee.